MICHAEL R. SEVILLE, Esq. SBN 278164
CURTIS L. BRIGGS, Esq. SBN 284190
**SEVILLE BRIGGS, LLP**
3330 GEARY BLVD. 3RD FLOOR, EAST
SAN FRANCISCO, CA 94118
TELE: 415-324-8733
MICHAEL@SEVILLEBRIGGS.COM
CURTIS@SEVILLEBRIGGS.COM

VINCENT BARRIENTOS, Esq. SBN 314623
**LAW OFFICE OF VINCENT BARRIENTOS**
3330 GEARY BLVD. 3RD FLOOR, EAST
SAN FRANCISCO, CA 94118
TELE: 415-986-5591
VINCENT@BARRIENTOSLAW.COM

ATTORNEYS FOR PLAINTIFF
LISA EPHREM

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA EPHREM, | CASE NO. 3:20-cv-~~0860~~ 8680-JCS |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| THE UNITED STATES OF AMERICA (USA); JERON HARRIS, DOCTOR F. DAVIS, and DOES 1-50. | |
| Defendants. | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Lisa Ephrem and Defendants the United States of America, Jeron Harris and F. Davis (collectively "the Parties) file

this Joint Motion to Dismiss with Prejudice, and request that the Court dismiss all of Plaintiff's claims against Defendants with prejudice.  On March 2, 2022, the Parties finalized a Settlement Agreement and Release. In consideration of, and consistent with the terms of the Agreement, the Parties jointly move the Court to dismiss the lawsuit with prejudice.

DATED:   April 4, 2022                         LAW OFFICE OF VINCENT BARRIENTOS

    /s/Vincent Barrientos
VINCENT BARRIENTOS
 Attorney for Plaintiff

DATED:   April 4, 2022                         RANDY S. GROSSMAN
United States Attorney

/s/Rebecca G. Church
REBECCA G. CHURCH
Special Assistant United States Attorney
Attorneys for Defendants

Dated: April 5, 2022

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA